UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXIMANO SILVA,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | CRIMINAL ACTION NO. 05-cr-10295-PBS |

## DENIAL OF
## CERTIFICATE OF APPEALABILITY

SEPTEMBER 30, 2010

Saris, U.S.D.J.

Pursuant to 28 U.S.C. § 2253(c)(3), the court **DENIES** the request for a certificate of appealability. The applicant has not made a substantial showing of the denial of a constitutional right.

S/PATTI B. SARIS
United States District Judge